UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, HARVEY DILLENBURG, and IOWA CITIZENS FOR COMMUNITY IMPROVEMENT<br><br>PLAINTIFFS-APPELLANTS<br>V.<br><br>TOM VILSACK, SECRETARY OF THE<br><br>DEFENDANT-APPELLEE | CASE NO. 13-5293 |

**STATEMENT OF ISSUES TO BE RAISED**

Pursuant to the Court's order of October 2, 2013, Plaintiff-Appellant The Humane Society of the United States submits this non-binding preliminary statement of issues to be raised:

1. Did the Court err in dismissing Plaintiff's complaint pursuant to FRCP 12(b)(1) for lack of subject matter jurisdiction?

2. Did the Court err in denying jurisdictional fact discovery before making a determination of subject matter jurisdiction under FRCP 12(b)(1)?

Respectfully submitted on November 1, 2013.

/s/ Matthew E. Penzer
Matthew E. Penzer
Jonathan R. Lovvorn
The Humane Society of the United States
2100 L. St., N.W.
Washington, DC  20037
(240) 271-6144
(202) 676-2357 Facsimile

Counsel for Plaintiffs-Appellants

# CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2013, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                           /s/ Matthew E. Penzer
                                           Matthew E. Penzer